# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**FRANK ORDERS,**

    Plaintiff(s),

        Case No. 2:21-cv-4834

  v.

        Magistrate Judge Elizabeth P. Deavers

**CITY OF WESTERVILLE MAYOR,**

    Defendant(s).

## ORDER

This case has been reported settled. The parties are **ORDERED** to file a joint written status report by **JUNE 13, 2022**, unless an appropriate entry of dismissal has been received prior to that date.

**IT IS SO ORDERED.**

Date:  May 12, 2022          /s/ *Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE