IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK ORDERS, | : | |
| | : | CASE NO. 2:21-cv-4834 |
| Plaintiff, | : | |
| | : | JUDGE MORRISON |
| v. | : | MAGISTRATE JUDGE DEAVERS |
| | : | |
| KATHY COCUZZI, | : | |
| | : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL

NOW COME the Parties, and pursuant to Civ.R. 41(a)(1)(A)(ii), hereby notify the Court that the Parties have reached a settlement agreement in the above-captioned matter, and that they stipulate to the dismissal of Plaintiff's claims *with* prejudice in their entirety as against Defendant.[1]

The Parties agree this Court will retain jurisdiction to enforce the terms of settlement, if necessary. Each party to bear their own costs.

Respectfully submitted,

**ISAAC WILES & BURKHOLDER, LLC**

| | |
|---|---|
| */s/ Frank Orders* (per email authority 6/23/22) | */s/ Ryan C. Spitzer* |
| Frank Orders | Brian M. Zets (0066544) – Trial Counsel |
| 6183 Cheyenne Creek Drive | Ryan C. Spitzer (0093515) |
| Lewis Center, Ohio 43035 | Two Miranova Place, Suite 700 |
| TEL:  614-203-5861 | Columbus, Ohio 43215 |
| *Plaintiff, Pro Se* | (614) 221-2121 |
| | (614) 365-9516 (FAX) |
| | bzets@isaacwiles.com |
| | rspitzer@isaacwiles.com |
| | *Attorneys for Defendant Kathy Cocuzzi* |

---

[1] The Parties request that the Court permit this joint stipulation to be filed by Defendant as a consideration to Plaintiff, who does not have access to the e-filing system.

CERTIFICATE OF SERVICE

This is to certify that on June 23, 2022, a true and correct copy of the foregoing ***Joint Stipulation of Dismissal*** was electronically filed and served via the Court's CM/ECF system upon all parties. A copy also was served on the following via electronic mail:

Frank Orders
6183 Cheyenne Creek Drive
Lewis Center, Ohio 43035
*Plaintiff, Pro Se*

*/s/ Ryan C. Spitzer*
Ryan C. Spitzer (0093515)